# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHARLES J. ROBINO and VALERIE A. ROBINO, | Case No. 15-10978 (BLS) |
| Debtors. | |
| FRANK ROBINO III, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 15-50932 (BLS) |
| CHARLES J. ROBINO, and VALERIE A. ROBINO, | |
| Defendants. | **Related Docket Nos 1, ___** |

## ORDER FINDING DEBTORS' DEBTS TO PLAINTIFF NONDISCHARGEABLE

Upon consideration of the merits of the Complaint filed in the above-captioned adversary proceeding, which was brought by Frank Robino III ("Plaintiff"), to determine the dischargeability of certain debts owed to Plaintiff from Charles and Valerie Robino (the "Debtors"); and upon consideration of the record in the above-captioned adversary proceeding,

IT IS HEREBY ORDERED THAT:

1. The discharge of Debtors' debts owed to Plaintiff shall be and hereby are nondischargeable under 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(6) with respect to Debtors Charles and Valerie Robino.

2. Pursuant to Federal Rule of Bankruptcy Procedure 7054, Debtors are hereby ordered to pay Plaintiff's reasonable expenses and attorneys' fees.

Dated: Sept 24, 2015

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge